1
2
3
4
5
6  IN THE UNITED STATES DISTRICT COURT
7  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8  SAN JOSE DIVISION

9  PETER VILKIN,                          CV-05-2225-JF
       Plaintiff,
10                                        ORDER OF DISMISSAL
    V.
11
   REPUBLIC WESTERN INSURANCE CO.,
12     Defendant.
                              /
13
14
15     The parties hereto, by their counsel, have advised the Court that they have agreed to a settlement of this case.
16
17     IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing ORDER SHALL STAND VACATED and this cause shall forthwith be restored to the calendar to be set for trial.
18
19
20
21
22
23  Date: March 31, 2006
                                          _____
                                          JEREMY FOGEL
                                          United States District Judge
24
25
26
27
28